UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC ANTHONY ARMSTRONG,<br>Plaintiff,<br>v.<br>PLUMAS COUNTY SHERIFF'S DEPARTMENT, et al.,<br>Defendants. | No. 2:25-cv-1027 DAD AC P<br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING COMPLAINT WITHOUT PREJUDICE<br>(Doc. No. 8) |

Plaintiff, a county jail inmate proceeding *pro se*, filed this civil rights action on April 4, 2025, seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302(c)(17).

On April 20, 2026, the magistrate judge issued findings and recommendations recommending that this action be dismissed without prejudice due to plaintiff's failure to prosecute after plaintiff failed to file an amended complaint as directed by the magistrate judge's February 17, 2026 order. (Doc. No. 8.)

Those findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within fourteen days. (*Id.*) Plaintiff has not filed

/////

/////

objections to the findings and recommendations and the time in which to do so has long since passed.[1]

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

Accordingly:

1. The April 20, 2026 findings and recommendations (Doc. No. 8) are adopted in full;
2. This action is dismissed without prejudice due to plaintiff's failure to prosecute. *See* L.R. 183(b); and
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **November 5, 2026**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE

[1] The court notes that although served on plaintiff at his address of record, the findings and recommendations were returned to the court by the U.S. Postal Service as undeliverable. Thus, it appears that plaintiff has also failed to keep the court apprised of his current address as required by the court's Local Rules.